AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

In the Matter of the Seizure of  )
*(Briefly describe the property to be seized)*  )
ANY AND ALL PROCEEDS ON DEPOSIT WITH  )  Case No. 2:10-mj-00095
J.P. MORGAN CHASE BANK, IN THE NAME OF  )
GOLDEN HEART IN HOME CARE SERVICES,  )
LLC  )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____West Virginia_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Any and all proceeds on deposit with J.P. Morgan Chase Bank, in the name of Golden Heart in Home Care Services, LLC, including but not limited to all proceeds in Chase Business Classic Account XXXXXX2530, Chase Business Classic Account XXXXXX2522 and Chase Business Select High Yield Savings Account XXXXXX8453.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___Aug. 20, 2010___
*(not to exceed 14 days)*

X in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Mary E. Stanley, U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___Aug. 6, 2010 1:48 pm___   ___Mary E. Stanley___
   *Judge's signature*

City and state: ___Charleston, WV___   ___Mary E. Stanley, U.S. Magistrate Judge___
   *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:10-mj-00095 | Date and time warrant executed: 8/6/2010 4:00pm | Copy of warrant and inventory left with: Linda Lewis, JPMorgan Chase Bank |
| Inventory made in the presence of: Inventory not made. Cashier's checks FedEx'd to SA Lafferty. No inventory made. | | |
| Inventory of the property taken: 1) Check No. 4553010968, payable to the US Marshal's Service, in the amount of $222,046.72. 2) Check No. 4553010973, payable to the US Marshal's Service, in the amount of $554.48 3) Check number 4553010974, payable to the US Marshal's Service, in the amount of $452.00. | | |

FILED
AUG 17 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/18/10

_____
Executing officer's signature

FBI SA James F Lafferty II
Printed name and title